IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY LYNN HALL, SR. | § | |
|     TDCJ-CID #1275128 | § | |
| V. | § | C.A. NO. C-05-086 |
| | § | |
| BRAD LIVINGSTON, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the opinion and order of dismissal entered in this case, final judgment is entered dismissing plaintiff's claims against defendants with prejudice.

ORDERED this 27th day of December, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE